**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| M.M., a minor, by next friend Darin Thomas, and DARIN THOMAS, individually, )<br><br>Plaintiffs, )<br><br>v. )<br><br>RED CLAY CONSOLIDATED SCHOOL DISTRICT, )<br><br>Defendant. ) | C.A. No. 2018-119-JRS |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendant Red Clay Consolidated School District hereby removes this matter to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1441. The grounds for removal are as follows:

1. On or about February 23, 2018, Plaintiffs filed a Complaint captioned *M.M., et al. v. Red Clay Consolidated School District*, C.A. No. 2018-119-JRS (the "Complaint") in the Court of Chancery of the State of Delaware. Plaintiffs served a copy of the Complaint on Defendant on or about March 9, 2018.

2. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders filed in the case is attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the action to Plaintiffs, and will promptly file a copy of this Notice of Removal with the Register in Chancery of the Court of Chancery of the State of Delaware.

4. This action includes claims arising pursuant to Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a), and the Individuals with Disabilities Education

Act, 20 U.S.C. § 1400, *et seq.*, conferring original jurisdiction upon this court.  *See*, *e.g.*,

Complaint at ¶¶ 48 & 49, and request for relief ¶ 1, 5 & 9.

5.     Removal is proper in any action that could have originally been filed in

federal court.  28 U.S.C. § 1441.  District courts have original jurisdiction in cases involving a

"[f]ederal question," i.e., cases "arising under the constitution, laws, or treaties of the United

States."  28 U.S.C. § 1331.

6.     This Notice of Removal is being filed within 30 days of Defendants'

receipt of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, Defendant respectfully requests that the above-titled action be

removed to this Court from the Court of Chancery of the State of Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Lauren E.M. Russell*

Michael P. Stafford, Esq. (No. 4461)
Lauren E.M. Russell, Esq. (No. 5366)
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6553; (302) 576-3255
Facsimile:  (302) 576-3470 (302) 576-3750
Email:  mstafford@ycst.com; lrussell@ycst.com

*Attorneys for Defendant*

Dated:  March 20, 2018